NATHAN TILEM, Respondent, *v.* ALON HOLDING CORPORA-
TION, Appellant, Impleaded with Another.

Submitted October 22, 1937; decided November 16, 1937.

*Dickinson S. Talley* for appellant.

*J. George Levy* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, on authority of *Kirby* v. *Newman* (239 N. Y. 470). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.